UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| THOMAS WILLIAMS, | | |
| | Plaintiff, | Case No.: 3:13-CV-05185 |
| v. | | **DEFENDANT EJB FACILITIES SERVICES' CORPORATE DISCLOSURE STATEMENT** |
| THE UNITED STATES OF AMERICA, DEPARTMENT OF THE NAVY, and EJB FACILITIES SERVICES, a foreign corporation | | |
| | Defendant. | |

In accordance with Fed. R. Civ. P. 7.1, defendant EJB Facilities Services states that it is a joint venture of Emcor Facilities Services/Consolidated Engineering, Inc. (EFS), J & J Maintenance, Inc. and BMAR & Associates, Inc.  EFS has a controlling interest in the joint venture and is a wholly owned subsidiary of Emcor Group, Inc.

DATED this 28th day of May, 2013.

HITT HILLER MONFILS WILLIAMS LLP

By: _____
Scott T. Schauermann, WSBA No. 26785
Attorney for Defendant EJB Facilities Services
Hitt Hiller Monfils Williams, LLP
411 SW 2nd Avenue, Suite 400
Portland, OR 97204
(503) 595-5385
sschauermann@hittandhiller.com

PAGE 1 – CORPORATE DISCLOSURE STATEMENT
Case No.: 3:13-CV-05185

HITT HILLER MONFILS WILLIAMS LLP
411 S.W. 2ND AVENUE, SUITE 400
PORTLAND, OREGON 97204
(503) 228-8870

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury under the laws of the State of Washington and the laws of the United States of America that on the 28th day of May, 2013, I caused a true and correct copy of the foregoing document to be delivered to the counsel of record in the manner indicated:

| | |
|---|---|
| Antoni H. Froehling<br>122 East Stewart Avenue<br>Puyallup, WA 98372<br>253-770-0116<br>Email: toni@froehlinglaw.com | **Via Email and U.S. Mail** |
| Philip H Lynch<br>U.S. Attorney's Office (Tacoma)<br>1201 Pacific Avenue, Suite 700<br>Tacoma, WA 98402<br>253-428-3810<br>Email: Phil.Lynch@usdoj.gov | **Via Email and U.S. Mail** |

Oliver B. Harwood
Hitt Hiller Monfils Williams LLP
411 SW 2nd Avenue, Suite 400
Portland, OR 97204
oharwood@hittandhiller.com
Assistant to Scott T. Schauermann

PAGE 2 – CORPORATE DISCLOSURE STATEMENT
Case No.: 3:13-CV-05185

HITT HILLER MONFILS WILLIAMS LLP
411 S.W. 2ND AVENUE, SUITE 400
PORTLAND, OREGON 97204
(503) 228-8870